DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**CARLOS A. CAJIGAS CORTES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2142

[August 6, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562010CF260A.

Carlos A. Cajigas Cortes, Zephyrhills, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the trial court order denying appellant's habeas corpus petition, in which he asked to file a belated rule 3.850 motion for post-conviction relief. Appellant also sought a belated appeal, which is not properly requested in the trial court. The request must be filed in the appellate court by timely petition under Florida Rule of Appellate Procedure 9.141(c). However, appellant has filed two such petitions in this court and they have been dismissed by orders as deficient and untimely in case numbers 4D13-4011 and 4D13-4656. Thus, to the extent he intends this appeal to be a petition for belated appeal, it is also dismissed as untimely.

Appellant is cautioned against the filing of future frivolous post-conviction or appellate filings in this case, as such filings will result in sanctions including referral to prison officials for disciplinary proceedings and/or a prohibition against pro se filings in this court. *See State v. Spencer,* 751 So. 2d 47 (Fla. 1999).

*Affirmed; appellant cautioned against frivolous filings.*

STEVENSON, GERBER and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***